NUMBER
13-01-639-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

ANNA SPOHN WELCH MARSH, ET AL.,                                Appellants,

 

                                                   v.

 

THE FROST NATIONAL BANK, ET AL.,                                   Appellees.

____________________________________________________________________

 

                   On
appeal from the County Court at Law No. 3 

                                  of
Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

          Before
Chief Justice Valdez and Justices Dorsey and Rodriguez

Opinion
Per Curiam

 








Appellants, ANNA SPOHN WELCH MARSH, ET AL., perfected
an appeal from a judgment entered by the County Court at Law No. 3
of Nueces County, Texas, in cause number 38964-3A.  After the record and briefs were filed and
after the cause was submitted to the Court, appellants filed a motion to
dismiss for want of jurisdiction. 

The Court, having considered the documents on file and appellants= motion to dismiss for
want of jurisdiction, is of the opinion that the motion should be granted.  Appellants= motion to dismiss for want of jurisdiction is
granted, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 23rd
day of May, 2002.